Filed: 09/18/2023 15:09:44
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Stachowicz, Kim

**JOHN C. PETERSON, ISB #6796**
John@PetersonTwinFalls.com
**PETERSON LAW OFFICE, PLLC**
161 5th Ave. South, Ste. 310
P.O. Box 5827
Twin Falls, Idaho 83303-5827
Telephone: (208) 733-5500
Fax: (208) 733-5553

Attorney for the ADMINISTRATOR

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA
MAGISTRATE

| IN THE MATTER OF THE ESTATE OF **JASON LEE BRITT,** Deceased. | Case No. CV01-23-14789 **LETTERS OF ADMINISTRATION** |
|---|---|

1. KATHLEEN BRITT is duly appointed and qualified as the Administrator of the estate of the above-named decedent by the Court with all authority pertaining thereto.

2. Administration of the estate is unsupervised.

3. These letters are issued to evidence the appointment, qualification, and authority of the said personal representative or special administrator.

DATED: 9/17/2023 11:33:34 AM

_____
MAGISTRATE  Judge Fafa Alidjani

LETTERS OF ADMINISTRATION  - PAGE 1

STATE OF IDAHO    )
                  ) ss.
County of ADA     )

        I, KATHLEEN BRITT, hereby accept the duties of Administrator of the ESTATE OF JASON LEE BRITT, deceased, and do solemnly swear that I will perform, according to law, the duties of Administrator of the ESTATE OF JASON LEE BRITT, deceased.

*Kathleen E Britt*
KATHLEEN BRITT

SUBSCRIBED AND SWORN to before me this 12 day of September, 2023.

*Nichole Fenimore*
NOTARY PUBLIC
Residence: 1577 N Linder Rd Kuna ID 83634
Comm. Expires: 12/05/2028

NICHOLE FENIMORE
Notary Public - State of Idaho
Commission Number 20225735
My Commission Expires 12-05-2028

LETTERS OF ADMINISTRATION - PAGE 2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this day 9/18/2023 3:09:53 PM a true and correct copy of the above and foregoing LETTERS OF ADMINISTRATION were electronically mailed to each of the persons named below:

>PETERSON LAW OFFICE, PLLC
>John C. Peterson
>John@PetersonTwinFalls.com
>
>PETERSON LAW OFFICE, PLLC
>Jamie L. Brandhorst
>Jamie@PetersonTwinFalls.com

*Kim Stachowicz*
Deputy Clerk