# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

_____ *DIVISION*

Payue et al

)
)
)
)
vs.                                          )
)
Agape et al                                  )
)
)

Action Number

6:23:CV: 03316-MDH

## EXHIBIT INDEX

| ✓ = offered & admitted w/o objection | | Ltd = admitted for limited purposes |
|---|---|---|
| Ex = offered, but objected to and excluded | | X = offered & admitted over objection |
| DB = admitted, de bene | | NO = marked, but not offered |
| | | WD = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 9/9/24 | 11:11 am | Accredidations |
| 2 | ✓ | 9/9/24 | 11:11 am | DSS 7/20/23 letter to Bryan Clemenson |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____               _____ Name
            Signature

:exhibin.int