IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KATHLEEN BRITT, individually and As the Surviving Parent of JASON BRITT, and as Personal Representative On behalf of JASON BRITT, Deceased,<br><br>        Plaintiffs,<br><br>v.<br><br>AGAPE BAPTIST CHURCH, INC., et. al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 6:23-CV-3316<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CEDAR COUNTY, MISSOURI'S MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT**

      Defendant Cedar County, Missouri, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Order dismissing Counts IV, VIII and X of Plaintiff's Third Amended Complaint (Doc. 132) for the reasons that Plaintiff's claims are barred by the applicable statute of limitations, Plaintiff has failed to state a claim upon which relief may be granted, Cedar County is entitled to dismissal under the public duty doctrine, and this Court previously dismissed certain counts. In support thereof, Cedar County states as follows:

      1.     Defendant Cedar County is entitled to sovereign immunity on the negligent hiring, supervision, retention, and failure to warn claim against it in Count V.

      2.     The claims in Count V against Defendant Cedar County are also barred by the public duty doctrine.

3. Count VIII is barred by the applicable statute of limitations and because it fails to allege sufficient facts against Cedar County to satisfy the elements of the alleged 42 U.S.C. § 1983 claim. This Count is also barred by the public duty doctrine.

4. Count IX is barred because it has previously been dismissed by this Court, and because it fails to state a claim against Cedar County. Even if it did, the claims against Cedar County in Count IX would be barred by sovereign immunity and/or the public duty doctrine.

5. Pursuant to Local Rule 7(a) and in support of this Motion, Cedar County has set forth the arguments supporting this Motion to Dismiss in its concurrently filed Suggestions in Support.

WHEREFORE, Defendant Cedar County, Missouri respectfully prays this Court grant its Motion to Dismiss Counts V, VIII, and IX of Plaintiff's Fourth Amended Complaint, and for any other relief this Court deems just and proper under the circumstances.

Respectfully Submitted,

SCHREIMANN, RACKERS & FRANCKA, L.L.C.

/s/ Ryan Bertels
Christopher P. Rackers, #41894
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573/634-7580
573/635-6034 (facsimile)
rb@srfblaw.com

Co-Attorney for Defendant Cedar County, Missouri

ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.

/s/ Darynne L. O'Neal
Rachel A. Riso, #57145
Darynne L. O'Neal, #51808
2808 S. Ingham Mill Road, Suite A104
Springfield, MO 65804
Ph: 417-886-5091
Fx: 417-866-1064
rriso@eehjfirm.com
doneal@eehjfirm.com

Attorney for Defendants Cedar County Sheriff's Department, James McCrary, Sheriff, Defendant Cedar County, Missouri

KECK & PHILLIPS, LLC

/s/ Patricia A. Keck
Patricia A. Keck, #42811
3140 E. Division Street
Springfield, MO 65806
Ph: 417-890-8989
Fx: 417-890-8990
pat@kpwlawfirm.com

Attorney for Defendants Cedar County Sheriff's Department, James McCrary, Sheriff, Defendant Cedar County, Missouri

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all parties of record, via the Court's filing system on July 3, 2025.

/s/ Ryan Bertels