| | |
|---|---|
| KATHLEEN BRITT, individually and<br>As the Surviving Parent of JASON<br>BRITT, and as Personal Representative<br>On behalf of JASON BRITT,<br>Deceased,<br><br>       Plaintiffs,<br><br>v.<br><br>AGAPE BAPTIST CHURCH, INC.,<br>et. al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 6:23-CV-3316<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW the law firm of Ellis, Ellis, Hammons & Johnson, P.C., and moves the

Court for leave to withdraw as attorneys of record for Robert Graves for the reason that

Defendant Robert Graves is now being represented by John G. Schultz of Franke Schultz &

Mullen.

Respectfully submitted,

**ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.**

By*:*    */s/ Rachel A. Riso*
        Rachel A. Riso        MBN: 57145
        rriso@eehjfirm.com
        2808 S. Ingram Mill Road, Suite A104
        Springfield, MO 65804
        Phone: 417-866-5091
        Fax: 417-866-1064
        *Attorneys for Defendants Cedar County Sheriff's*
        *Department and James "Jimbob" McCrary,*
        *Sheriff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2026, I electronically filed a true and correct copy of this document with the Clerk of the United States District Court for the Western District of Missouri by using the Missouri e-Filing System. Participants in the case who are registered users will be served by the Missouri e-Filing System.

*/s/ Rachel A. Riso*
Attorney of Record